IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MELISSA TAYLOR, | § | |
| | § | No. 231, 2021 |
| Claimant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No: N20A-05-002 |
| STATE OF DELAWARE, | § | |
| | § | |
| Employer Below, | § | |
| Appellee. | § | |

Submitted: January 12, 2022
Decided: January 24, 2022

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

# O R D E R

This 24th day of January, 2022, after careful consideration of the parties' briefs and the record on appeal, we affirm the Industrial Accident Board's April 8, 2020 Decision on Petition to Determine Additional Compensation Due on the basis of and for the reasons stated in the Superior Court's June 24, 2021 Order.[1]

NOW, THEREFORE, IT IS ORDERED that the order of the Industrial Accident Board and the judgment of the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *Taylor v. State*, 2021 WL 2624645 (June 24, 2021).